

**ROWENA SANTOS, CSB 210185**
rsantos@ freedmanweisz.com
**A member of FREEDMAN WEISZ LLP**
**2029 Century Park East, 19th Floor**
**Los Angeles, California 90067**
**Tel: 310.282.2500 / Fax: 310.282.2501**

Attorneys for myFOOTPATH LLC

### THE UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAFERTÉ, | CASE NO. 12-CV -10118 JGB (AJW) |
| Plaintiff, | **ANSWER OF myFOOTPATH LLC** |
| vs. | |
| myFOOTPATH LLC, | |
| Defendant. | |

Defendant, myFOOTPATH LLC ("myFootpath" or "Defendant"), by its attorneys, for its answer and affirmative defenses to the complaint filed by Plaintiff, ROBERT LAFERTÉ ("Plaintiff"),[1] states as follows:

### I. JURISDICTION

1.        This Court has jurisdiction under 28 U.S.C. § 1331.

ANSWER:  myFootpath admits that this Court has original jurisdiction over all civil actions arising under the laws of the United States, but denies that it has violated any such law.

---

[1] Plaintiff, who filed pro se, did not number all of the paragraphs of his Complaint. The numbers 4-12 have been added for purposes of clarity in preparing the answer and affirmative defenses.

## II.  VENUE

2.     Venue is proper pursuant to 28 U.S.C. § 1391 because the event giving rise to this complaint happened in this district.

ANSWER:  myFootpath admits that Plaintiff alleges that he resides in this judicial district and alleges that he received calls on his cell phone, but denies that any act or omission occurred in this district.

## III.  PARTIES

3.     Plaintiff's name is Robert LaFerté.  Plaintiff resides at: 1420 Hi Point Street, Unit 105 Los Angeles, CA 90035.

ANSWER:  myFootpath lacks knowledge or information sufficient to form a belief as to the veracity of the allegations of the paragraph.

4.     Defendant my Footpath at: 820 W. Jackson, Suite 750 Chicago, IL 60607.

ANSWER:  myFootpath admits that it is an Illinois limited liability company with its principal place of business located at the referenced address.

## IV.  STATEMENT OF FACTS

5.     Basically there were phone calls initiated from (201) 257-4927 on 7/10/12 through 9/25/2012, 3 times a day to my cell phone (310) 800-0486 totaling 119 calls.

ANSWER:  myFootpath denies the allegation but admits, on information and belief, that in response to an affirmative request from Plaintiff, telephone solicitations were directed to (310) 800-0486 from August 17, 2012 to September 25, 2012.

6.     Even though I filed a complaint with the FCC on 8/28/2012 those calls went on until late September [illegible] 2012.

ANSWER:  myFootpath denies the allegation but admits, on information and belief, that in response to an affirmative request from Plaintiff, telephone solicitations were directed to (310) 800-0486 from August 17, 2012 to

1  September 25, 2012.   myFootpath lacks knowledge or information sufficient to
2  form a belief as to the alleged filing of an FCC complaint.
3      7.      Although my Footpath is located in Chicago, they have calling centers
4  in various states such as New Jersey from where the calls were coming from.
5      ANSWER:  myFootpath denies the allegation, but admits that its
6  principal place of business is located in Chicago.

7  ## V.  CAUSES OF ACTION

8  ### FIRST CAUSE OF ACTION

9  (Telephone Consumer Protection Act (TCPA))

10      8.      Not maintaining a "do not call" List as per 47 CFR sec 64.
11  1200(e)(2)(i).

12      ANSWER:  myFootpath denies the allegation.

13  ### SECOND CAUSE OF ACTION

14  (Telephone Consumer Protection Act)

15      9.      Not providing me with a written copy of the company's "do not call"
16  policy as per 47 CFR sec 64. 1200(e)(2)(vi).

17      ANSWER:  myFootpath denies the allegation.

18  ### THIRD CAUSE OF ACTION

19  (Telephone Consumer Protection Act)

20      10.      Refusing to identify the caller's name, company name, street address,
21  and phone number as per 47 CFR sec 64. 1200(e)(2)(i).

22      ANSWER:  myFootpath denies the allegation.

23  ### FOURTH CAUSE OF ACTION

24  (Telephone Consumer Protection Act)

25      11.      Calling me at any time in a three month period after I have asked to be
26  put on the "Do not call List."

27      ANSWER:  myFootpath denies the allegation but admits, on
28  information and belief, that on September 25, 2012, Plaintiff requested that he

1  placed on the "do not call" list, but that before that request could be processed, a

2  single telephone solicitation call on September 25, 2012 was placed to (310) 800-

3  0486.

4  ## VI.  REQUEST FOR RELIEF

5     12.    WHEREFORE, the Plaintiff requests: $183,000.00 in damages.

6          ANSWER:   myFootpath denies that Plaintiff has been damaged, and

7  denies any liability to Plaintiff.

8  ## AFFIRMATIVE DEFENSES

9  **FIRST DEFENSE**

10    13.    Plaintiff lacks standing to assert claims for the alleged violations set

11  forth in Counts I – IV.

12  **SECOND DEFENSE**

13    14.    Even assuming that a private cause of action could be deemed to have

14  been implied for the alleged violation of Counts I – III, Plaintiff has failed to allege

15  the requite demand, and therefore, has failed to state cognizable claims under

16  Counts I – III.

17  **THIRD DEFENSE**

18    15.    myFootpath has established and implemented, with due care,

19  reasonable practices and procedures to prevent telephone solicitations in violation of

20  the Telephone Consumer Protection Act.

21  **FOURTH DEFENSE**

22    16.    At most, there was a single call placed to Plaintiff after he requested

23  that he be moved to the "do not call" list.  By its terms, the Telephone Consumer

24  Protection Act creates a private right of action for a person who has received more

25  than one telephone call in violation of the applicable provisions of the Act.  Plaintiff

26  lacks standing and has failed to state a claim for violation of the Act.

27  **FIFTH DEFENSE**

28    17.    Having failed to allege that any alleged violation was willful or

4

1 knowing, Plaintiff is precluded from recovering anything more than $500 for each

2 actionable call placed in violation of the Act.

3 **SIXTH DEFENSE**

4      18.    To the extent that any call was placed by a third party purporting to act

5 on behalf of myFootpath to (310) 800-0486  in violation of the Telephone Consumer

6 Protection Act, that third party failed to adhere to the practices and procedures

7 established and implemented by myFootpath to prevent telephone solicitations in

8 violation of the Act.  myFootpath cannot be held liable for any such unauthorized

9 acts by third parties.

10 **SEVENTH DEFENSE**

11      19.    The complaint fails to comply with Rule 11 of the Federal Rule of Civil

12 Procedure requiring that all pleadings be signed by a party or their attorney.   The

13 complaint should be stricken.

14 **EIGHTH DEFENSE**

15      20.    Neither the complaint nor any claim or count thereof states facts

16 sufficient to constitute a claim against myFootpath.

17 **NINTH DEFENSE**

18      21.    myFootpath is informed and believes and upon such information and

19 belief alleges that Plaintiff has knowingly waived, acquiesced in, ratified, and is

20 estopped from asserting the claims now made.

21      WHEREFORE, myFootpath prays for judgment as follows:

22      1.    That Plaintiff take nothing by the Complaint and this Court enter

23 judgment in favor of myFootpath on all counts;

24      2.    For such attorney fees as may be allowed by law;

25      3.    For costs of suit; and

26      4.    For such other relief as to which myFootpath is entitled.

27

28

ANSWER OF myFOOTPATH LLC

1  DATED:  June 8, 2013              **FREEDMAN WEISZ LLP**

2

3

4                                    By:    /s/ Rowena Santos
                                            _____
5                                          **ROWENA SANTOS**
                                           Attorneys for myFOOTPATH LLC
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 2029 Century Park East, 19th Floor, Los Angeles, CA 90067.

On July 8, 2013, I served true copies of the following document(s) described as on the interested parties in this action as follows: ANSWER OF my FOOTPATH LLC

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Freedman Weisz LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 8, 2013, at Los Angeles, California.

Vertice Williams

1

**SERVICE LIST**

2

ROBERT  LAFERTÉ
3   1422 Hi Point Street, Unit 105
Los Angeles, CA 90035
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28